# EXHIBIT 2



12/9/2019 RiseofCivilizations Accounts - Buy Sell Trade | PlayerUp Accounts Marketplace. Player 2 Player Secure Platform.

Case 3:19-cv-08192-JD Document 1-2 Filed 12/17/19 Page 3 of 11

Views: 502

**PRICE:** $400 [BUY NOW]

---

**SELLING** SILVERSELLER **TRUSTED** Account IOS -- 50M -- Vip 12 -- 7M2 Troop -- Near T5 -- Good Heros 1000$

Silver kid, Today at 3:59 AM
Replies: 0
Views: 23

**PRICE:** $1000 [BUY NOW]

---

**SELLING** SILVERSELLER **TRUSTED**Androi Account 18M Power -- Vip 10 -- 3M8 Troop-- Good Heros 200$

Silver kid, Today at 3:42 AM
Replies: 0
Views: 22

**PRICE:** $200 [BUY NOW]

---

**SELLING** **IOS** **CITY HALL LEVEL 25+** **GERMANY** **HIGH END** 2 T5 cities - VIP 16 - 74 & 81 mil - great commanders -1 city 50 mil VIP 13 1 city 31 mil Apple IOS

Daredevil00, 10/17/19
Replies: 2
Views: 450

**PRICE:** $12000 [BUY NOW]

---

**SELLING** GOOD SELLER** RSS FOR ALL KINGDOM-- GOOD PRICE

MrBull, Friday at 9:18 PM
Replies: 0
Views: 19

**PRICE:** $999 [BUY NOW]

---

**SELLING** 55mil Power Android Acct T5's unlocked Vip 14 Max Legends

Ahunt1980, Wednesday at 7:11 PM
Replies: 0
Views: 55

**PRICE:** $800.00 [BUY NOW]

12/9/2019 — Rise of Civilizations Accounts - Buy Sell Trade | PlayerUp Accounts Marketplace. Player 2 Player Secure Platform.

Case 3:19-cv-08192-JD Document 1-2 Filed 12/17/19 Page 4 of 11



**SELLING**   PRO SELLER ** Selling Account 150$-1500$

Silver kid, 7/8/19
Replies: 1
Views: 470

**PRICE:** $9999   **BUY NOW**

---

**SELLING**   **ANDROID**   **CITY HALL LEVEL 25+**   Sell account 37mpower 11vip 25lvl Roc

ArtZ0n3, 10/9/19
Replies: 3
Views: 269

**PRICE:** $320   **BUY NOW**

---



**SELLING**   SILVER SELLER **TRUSTED**Androi Account 25M power**5m8 Troop **117 Gold Statues**260$

Silver kid, 11/29/19
Replies: 0
Views: 56

**PRICE:** $260   **BUY NOW**

---



**SELLING**   SILVER SELLER **TRUSTED**Androi Account T5 54M Power **Very much rss + speed **Near Vip 13 **1500$

Silver kid, 11/29/19
Replies: 0
Views: 63

**PRICE:** $1500   **BUY NOW**

---



**SELLING**   SILVER SELLER **TRUSTED**IOS Account 36M**Maxed Yi + athelal**8 Pasport **550$

Silver kid, 11/29/19
Replies: 0
Views: 39

**PRICE:** $550   **BUY NOW**

---



**SELLING**   SILVERSELLER **TRUSTED**Androi Account 39M Vip 12**Maxed Cao Cao and Athelal**Vip 12 **600$

Silver kid, 11/29/19
Replies: 0
Views: 33

**PRICE:** $600    **BUY NOW**



**SELLING**   SILVER SELLER **TRUSTED**Androi Account 44M power**Vip 12 **7M4 Troop **Good Hero **720$

Silver kid, 11/29/19
Replies: 0
Views: 50

**PRICE:** $720    **BUY NOW**



**SELLING**   SILVER SELLER **TRUSTED**IOS Account 21M Power **Vip 10 **6M4 Troop **260$

Silver kid, 11/29/19
Replies: 0
Views: 43

**PRICE:** $260    **BUY NOW**

**SELLING**   SILVERSELLER **TRUSTED**Androi Account 50M power**Vip 13 **Maxed Cao Cao and Athelal**1100$

Silver kid, 11/29/19
Replies: 0
Views: 46

**PRICE:** $1100    **BUY NOW**



**SELLING**   SILVER SELLER **TRUSTED**Account Androi 30M Power** Very Much Rss + Speed ** Good Hero ** 400$

Silver kid, 11/29/19
Replies: 0
Views: 35

**PRICE:** $400    **BUY NOW**



**SELLING**   SILVER SELLER **TRUSTED**Account Androi 35M Might **10 Pasport** A lot of rss + Speed up **600$

Silver kid, 11/29/19
Replies: 0
Views: 30

**PRICE:** $600    **BUY NOW**

12/9/2019 RiseofCivilizations Accounts - Buy Sell Trade | PlayerUp Accounts Marketplace. Player 2 Player Secure Platform.

Case 3:19-cv-08192-JD Document 1-2 Filed 12/17/19 Page 6 of 11

| SELLING | SILVER SELLER **TRUSTED**ACCOUNT IOS 31M** VIP 12**MAX YI + ATHELAL**500$ |

Silver kid, 11/29/19
Replies: 0
Views: 44

PRICE: $500 [BUY NOW]

| SELLING | 55mil Power Android Acct T5's unlocked Vip 14 Max Legends |

Ahunt1980, Wednesday at 7:18 PM
Replies: 0
Views: 29

PRICE: $1300.00 [BUY NOW]

| ANDROID | CITY HALL LEVEL 25+ | HIGH END | 58M power, T5 Inf/Cav, Khan/Cao/Aetfelt Max. CHEAP 600€ |

Agamax, 11/9/19
Replies: 3
Views: 226

PRICE: $662 [BUY NOW]

| SELLING | ANDROID | CITY HALL LEVEL 25+ | BRITAIN | Rok T5 account /66M Power/Near Vip14/Maxed YSG/Spare rss&speedups& experience books&golden heads etc |

cth0830, 10/11/19
Replies: 11
Views: 567

PRICE: $1000 [BUY NOW]

| SELLING | ANDROID | CITY HALL LEVEL 21-24 | FRANCE | AVERAGE | 13M Power, 800k + T4 Troops, Decent Commanders, France Civilization, Android |

aawez, 11/7/19
Replies: 2
Views: 159

PRICE: $95 [BUY NOW]

| SELLING | ANDROID | CITY HALL LEVEL 25+ | HIGH END | CH 25 / 20.5m / 122k gems / 640 gold Keys / lv52 comm / all t4 (Still available!) |

12/9/2019 Rise of Civilizations Accounts - Buy Sell Trade | PlayerUp Accounts Marketplace. Player 2 Player Secure Platform.

Case 3:19-cv-08192-JD Document 1-2 Filed 12/17/19 Page 7 of 11

Bart RoK, 5/12/19
Replies: 24
Views: 1,157

**PRICE:** $220 — BUY NOW

---

**SELLING** | **ANDROID** | **CITY HALL LEVEL 25+** | **GERMANY** RoK 42M power CH25 VIP12 150M+ each rss maxed CaoCao Aethel

OpusX68, 10/30/19
Replies: 1
Views: 173

**PRICE:** $900 — BUY NOW

---

**SELLING** | **CITY HALL LEVEL 25+** 70M ACCOUNT, 7 MAXED LEGENDARIES, 2M T5S, OTHER LEGS ARE 5/5/X/X

lev016, 10/21/19
Replies: 4
Views: 301

**PRICE:** $1000 — CONTACT

---

**SELLING** | **ANDROID AND IOS** Rise of Civilizations Account for sale 51M POWER WITH CALVARY T5 & MAX GENGHIS

torka29, 11/20/19
Replies: 26
Views: 233

**PRICE:** $250 — CONTACT

---

**SELLING** | **ANDROID** | **CITY HALL LEVEL 25+** | **GERMANY** | **HIGH END** 69M Power T5 Cavalry, Archery & Infantry VIP Level 14 6 Max Legend Heroes

GetRight, 11/30/19
Replies: 0
Views: 164

**PRICE:** $1500 — CONTACT

---

**SELLING** Androi T5 Account 50M power ** Maxed Cao Cao & Athelal ** Vip 12**

Nayarith, Yesterday at 11:56 AM
Replies: 1
Views: 7

12/9/2019 Rise of Civilizations Accounts - Buy Sell Trade | PlayerUp Accounts Marketplace. Player 2 Player Secure Platform.

Case 3:19-cv-08192-JD Document 1-2 Filed 12/17/19 Page 8 of 11

PRICE: $250 CONTACT

SELLING account T5 54M Power ** 7 pasport ** Maxed Richar + Cao Cao + Athelal **

Nayarith, Yesterday at 12:03 PM
Replies: 1
Views: 7

PRICE: $300 CONTACT

SELLING ACCOUNT** VIP 13** MAX ELCID+ALTHELAL** 10M7 TROOP

Nayarith, Yesterday at 12:09 PM
Replies: 1
Views: 7

PRICE: $200 CONTACT

SELLING ACCOUNT** VIP 13** MAX ELCID+ALTHELAL** 10M7 TROOP

Nayarith, Yesterday at 12:09 PM
Replies: 1
Views: 21

PRICE: $200 CONTACT

SOLD Rise of Kingdoms account - 40M power

est, Saturday at 8:13 AM
Replies: 1
Views: 125

PRICE: $180 BUY NOW

SELLING  ANDROID AND IOS  CITY HALL LEVEL 25+  FRANCE  HIGH END  Rok 50m pow / vip13 / CH25

Cestmarket, 12/1/19
Replies: 10
Views: 40

PRICE: N/A CONTACT

SELLING  ANDROID AND IOS  CITY HALL LEVEL 25+  HIGH END  city hall level 25 / 102mil Vip16 max

PZako, 11/28/19
Replies: 0
Views: 77

PRICE: $320  CONTACT

SELLING  selling my 51 mil account with 3 mil t4 troop and very close to t5

tom8210, Saturday at 3:40 AM
Replies: 1
Views: 22

PRICE: $600  CONTACT

SELLING  IOS  JAPAN  49 million acc , 2 steps from t5 and billion of rss for training t5

tom8210, 11/11/19
Replies: 0
Views: 45

PRICE: $850  CONTACT

SELLING  ANDROID AND IOS  CITY HALL LEVEL 25+  HIGH END  ROK ACCOUNT 74M T5 VIP15 WITH 20K GEMS

vaiokingro, 10/25/19
Replies: 8
Views: 348

PRICE: $400  CONTACT

SELLING  ANDROID  CITY HALL LEVEL 25+  SPAIN  HIGH END  CH25 19.6M POWER VIP10

Proseller97, Friday at 3:08 PM
Replies: 0
Views: 34

PRICE: $150  CONTACT

SELLING  HIGH END  RISE OF KINGDOMS / ANDROID / 88M POWER / MAX YSG-RICHARD-EDWARD ETC / VIP 15

MazSweetGirl, Friday at 5:15 AM
Replies: 0
Views: 27

PRICE: $3000  CONTACT

12/9/2019 Rise of Civilizations Account - Buy, Sell, Trade | PlayerUp Accounts Marketplace. Player 2 Player Secure Platform.

Case 3:19-cv-08192-JD Document 1-2 Filed 12/17/19 Page 10 of 11

Showing threads 1 to 15 of 960

**Thread Display Options**

(You must log in or sign up to post here.)

| 1 | 2 | 3 | 4 | 5 | 6 | → | 64 | Next > |

Home › Forums › Main Marketplaces › Rise of Civilizatio...

---

We are the world's first company devoted to legally protecting Player-2-Player Account Transactions. We are a free online platform that has an optional Middleman Service to safeguard your transactions.

## Middleman

- ▶ Create Listing
- ▶ Buyers: Guide/FAQ
- ▶ Sellers: Guide/FAQ
- ▶ Sellers: Payment Options

## Guides

- ▶ Getting Started
- ▶ Guides
- ▶ Membership
- ▶ Policies

## Support

12/9/2019 Rise of Civilizations Account - Buy, Sell Trade | PlayerUp Accounts Marketplace. Player 2 Player Secure Platform.

Case 3:19-cv-08192-JD Document 1-2 Filed 12/17/19 Page 11 of 11

▶ Contact General Support

▶ Contact Middleman Support

▶ Knowledge Base

▶ Change Language

Copyright © 2019, All Rights Reserved

Select Language ▼

